THE HONORABLE RICHARD A. JONES

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAANISH MAZHAR,<br><br>　　　　　　Defendant, | Case No. 2:24-cr-00083-RAJ<br><br>**STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEY** |

　　Notice is hereby given that, subject to approval by the court, Defendant DAANISH MAZHAR ("Defendant") substitutes HAROLD MALKIN of MORGAN, LEWIS & BOCKIUS LLP as counsel of record in place of ALBERTO GUADAGNO of GUADAGNO LAW PLLC. All further papers and pleadings in this action, except process, shall be served upon the Defendant's new substituted in counsel at the address stated below.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER FOR
SUBSTITUTION OF ATTORNEY– PAGE 1
Case No. 2:24-cr-00083-RAJ

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

*Respectfully submitted*

Dated: May 15, 2025

**UNITED STATES ATTORNEY'S OFFICE**

By: *s/ Amanda M. McDowell*
Carolyn Forstein
Amanda M McDowell
700 Stewart Street, Ste 5220
Seattle, WA 98101
206-553-4345
Email: carolyn.forstein@usdoj.gov
amanda.mcdowell@usdoj.gov

Dated: May 15, 2024

By: *Daanish Ali Mazhar*
Defendant Daanish Mazhar

Dated: May 15, 2024

Former Counsel:

**GUADAGNO LAW PLLC**

By: *Alberto Guadagno*
Alberto Guadagno
1818 Westlake Ave W, Suite 216
Seattle, WA 98109
206-724-5354
Fax: 206-432-9192
Email: albert@guadagnolawpllc.com

*Attorney for Defendant Daanish Mazhar*

Dated: May 15, 2024

Substituting counsel:

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Harold Malkin*
Harold Malkin, WSBA No. 30986
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: harold.malkin@morganlewis.com

*Substituting attorney for Defendant Daanish Mazhar*

STIPULATION AND ORDER FOR
SUBSTITUTION OF ATTORNEY– PAGE 2
Case No. 2:24-cr-00083-RAJ

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

## ORDER

Substitution of counsel is hereby approved and so ORDERED.

DATED this 17th day of May, 2024.

*Richard A. Jones*
RICHARD A. JONES
UNTIED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR
SUBSTITUTION OF ATTORNEY– PAGE 3
Case No. 2:24-cr-00083-RAJ

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401