THE HONORABLE RICHARD A. JONES

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DAANISH MAZHAR,<br><br>  Defendant. | Case No. 2:24-cr-00083-RAJ<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

The Court has considered Defendant's Unopposed Motion to Continue Trial Date, requesting a continuance of the trial date and pretrial motions deadline, and has further received a Speedy Trial Act waiver from Mr. Mazhar. In light of the circumstances presented in Defendant's motion,

THE COURT FINDS that the failure to grant a continuance of the trial date would result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT FURTHER FINDS that the failure to grant a continuance of the trial date and pretrial motions deadline would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO CONTINUE TRIAL DATE
(No. 2:24-cr-00083-RAJ) – 1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

THE COURT FURTHER FINDS that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for case preparation, and that these factors outweigh the best interests of the public and Mr. Mazhar in a speedy trial.

Accordingly, IT IS ORDERED that the unopposed motion (Dkt. 20) is GRANTED. The trial in this matter is continued from July 15, 2024 to March 24, 2025. All pretrial motions, including motions in limine, shall be filed no later than February 10, 2025.

IT IS FURTHER ORDERED that the period of time from the date of this Order until the new trial date of March 24, 2025, is excluded time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

DATED this 4th day of June, 2024.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO CONTINUE TRIAL DATE
(No. 2:24-cr-00083-RAJ) – 2

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401