Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAANISH MAZHAR, <br><br> Defendant. | No. 2:24-cr-00083-RAJ <br><br> ORDER |

THIS MATTER comes before the court on Defendant Daanish Mazhar's Motion to Modify Conditions of Release (Dkt. 23). The Court having considered Defendant's motion, the Government's opposition, the Defendant's reply, the files and pleadings herein, and being fully advised,

IT IS ORDERED that Defendant Daanish Mazhar's Motion to Modify Conditions of Release (Dkt. 23) is DENIED.

DATED this 1st day of July, 2024.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER - 1