THE HONORABLE RICHARD A. JONES

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAANISH MAZHAR,<br><br>Defendant. | Case No. 2:24-cr-00083-RAJ<br><br>ORDER GRANTING STIPULATED MOTION FOR PRE-SENTENCE PAYMENT |

Before the Court is the parties' Stipulated Motion for Pre-sentence Payment. Defendant Daanish Mazhar pleaded guilty on October 9, 2024 to one count of Wire Fraud, in violation of 18 U.S.C. § 1343. *See* Dkt. 33.

Pursuant to the Plea Agreement filed in this case, Mr. Mazhar agreed to restitution in the amount of $263,284.09. The amount represents the total amount that Mr. Mazhar misappropriated through his offense conduct. Dkt. 33 ¶ 8.

Mr. Mazhar has offered to partially satisfy his criminal restitution obligation at or before sentencing with an initial payment of $163,284.09.

Accordingly, IT IS HEREBY ORDERED:

1. The Stipulated Motion for Pre-sentence Payment (Dkt. 36) is GRANTED.

ORDER GRANTING STIPULATED MOTION
FOR PRE-SENTENCE PAYMENT
(Case No. 2:24-cr-00083-RAJ) – 1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

2. Mr. Mazhar shall submit payment by cash, personal check, cashier's check, or money order made payable to the United States District Court Clerk and 2:24-cr-00083-RAJ noted on each payment mailed or delivered to:

Clerk
U.S. District Court
700 Stewart Street, Suite 2310
Seattle, WA 98101

3. The Clerk's Office, pursuant to 28 U.S.C. § 2041 and LCR 67, shall accept payment from Mr. Mazhar and maintain such payment on deposit until Judgment is entered in this matter.

IT IS SO ORDERED. The District Court Clerk is hereby directed to enter this Order and furnish copies to counsel of record, the U.S. Probation Office, and the Court's Financial Administrator.

DATED this 7th day of November, 2024.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOTION
FOR PRE-SENTENCE PAYMENT
(Case No. 2:24-cr-00083-RAJ) – 2

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401