The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAANISH MAZHAR,<br><br>Defendant. | NO. 2:24-cr-00083-RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO APPLY DEPOSITED FUNDS AND CASH BOND TO SATISFY RESTITUTION OBLIGATION |

Before the Court is the parties' Stipulated Motion to Apply Deposited Funds and Cash Bond to Satisfy Restitution Obligation. Defendant Daanish Mazhar pleaded guilty on October 9, 2024 to one count of Wire Fraud, in violation of 18 U.S.C. § 1343. *See* Dkt. 33. Pursuant to the Plea Agreement filed in this case, Mazhar agreed to restitution in the amount of $263,284.09. The amount represents the total amount that Mazhar misappropriated through his offense conduct. Dkt. 33 ¶ 8.

After being charged in this case, Mazhar was arrested in the Eastern District of New York, and had his initial appearance and detention hearing in that district. The Eastern District of New York imposed a $100,000 cash bond as a condition of Mazhar's release. Upon transfer to the Western District of Washington, this Court issued an appearance bond with the same conditions. On May 24, 2024, Mazhar deposited $100,000.00 into the Court Registry of the Western District of Washington. Dkts. 17, 18.

ORDER TO APPLY FUNDS TO RESTITUTION - 1
*United States v. Daanish Mazhar*, 2:24-cr-00083-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

After Mazhar pleaded guilty, the parties filed a stipulated motion for pre-sentence payment of restitution on November 7, 2024. Dkt. 36. The Court granted this motion. Dkts. 37, 38. Mazhar deposited $163,284.09 with the United States District Court Clerk, and these funds were deposited into the Court Registry of the Western District of Washington on November 21, 2024.

Mazhar's sentencing is scheduled for January 10, 2025.

Accordingly, IT IS HEREBY ORDERED:

1. The Stipulated Motion to Apply Deposited Funds and Cash Bond to Satisfy Restitution Obligation is GRANTED.

2. Upon entry of judgment in this case, the $100,000 deposited by Mazhar as a cash bond on May 24, 2024 shall be applied to the payment of Mazhar's restitution debt, pursuant to 28 U.S.C. § 2044.

3. Upon entry of judgment in this case, the $163,284.09 deposited by Mazhar on November 21, 2024 shall be applied to the payment of Mazhar's restitution debt, pursuant to 28 U.S.C. § 2042.

The District Court Clerk is hereby directed to enter this Order and furnish copies to counsel of record, the U.S. Probation Office, and the Court's Financial Administrator.

DATED this 17th day of December, 2024.

The Honorable Richard A. Jones
United States District Judge

ORDER TO APPLY FUNDS TO RESTITUTION - 2
*United States v. Daanish Mazhar*, 2:24-cr-00083-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970