THE HONORABLE RICHARD A. JONES

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAANISH MAZHAR,<br><br>Defendant. | Case No. 2:24-cr-00083-RAJ<br><br>ORDER TO SEAL DOCUMENT |

Before the Court is the Defendant Daanish Mazhar's unopposed motion to file his Sentencing Memorandum and Exhibits under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS HEREBY ORDERED that the motion (Dkt. 49) is GRANTED.  Mr. Mazhar's Sentencing Memorandum and Exhibits shall be filed under seal.

DATED this 10th day of January, 2025.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL DOCUMENT
(Case No. 2:24-cr-00083-RAJ) – 1

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401