The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:24-cr-00083-RAJ |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| DAANISH MAZHAR, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property (the "Subject Vehicle"):

    a.    One 2021 BMW M550 with VIN WBA13BK05MCH53113.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate for the following reasons:

1.    On January 6, 2025, the Court entered a Preliminary Order of Forfeiture finding the Subject Vehicle forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c) and forfeiting the Defendant's interest in it (Dkt. No. 51);

2.    Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 61), and did not identify any potential claimants who

FINAL ORDER OF FORFEITURE - 1
*United States v. Mazhar, 2:24-cr-00083-RAJ*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

should receive direct notice of the pending forfeiture, as required by Fed. R. Crim. P. Rule 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims; and,

3. The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Vehicle exists in any party other than the United States;

2. The Subject Vehicle is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice, Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Vehicle as permitted by governing law.

IT IS SO ORDERED.

DATED this 29th day of April, 2025.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

FINAL ORDER OF FORFEITURE - 2
*United States v. Mazhar, 2:24-cr-00083-RAJ*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970