Judge Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAANISH MAZHAR,<br><br>Defendant. | Case No. 2:24-cr-00083-RAJ<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TEMPORARILY RETURN PASSPORTS |

Before the court is Defendant Daanish Mazhar's Unopposed Motion to Temporarily Return Passports. Dkt. 17. The Court has considered the motion and records in this case and finds there are compelling reasons to GRANT the motion.

IT IS HEREBY ORDERED that the Clerk of the Court shall return to Mr. Mazhar his United States and Canadian passports pursuant to the Court's having previously granted U.S. Probation's travel memorandum requesting permission for Mr. Mazhar to travel outside of the United States. It is FURTHER ORDERED that Mr. Mazhar shall promptly return the passports to the Clerk's Office upon completion of his approved travel.

DATED this 29th day of May, 2025.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO TEMPORARILY
RETURN PASSPORTS - 1
2:24-cr-00083-RAJ

ANGELI & CALFO LLC
ATTORNEYS AT LAW
701 Pike Street, Suite 1625
Seattle, WA 98101
TEL. 206-703-4810